UNITED STATES of America,
Plaintiff–Appellee

v.

Nabor RODRIGUEZ–DE LEON,
Defendant–Appellant.

No. 07–50347
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 30, 2008.

Mara A. Blatt, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

This is an appeal raising the sole question whether appellant's illegal reentry sentence was improperly enhanced by the court's deeming his prior Colorado drug possession conviction "a crime of violence". According to the Bureau of Prisons website, appellant is scheduled to complete his term of imprisonment on January 21, 2008. Because his release is imminent or has occurred, this court cannot usefully grant the only relief to which appellant would have been entitled: re-sentencing.

Because no effective judicial remedy exists, we must DISMISS this appeal as MOOT.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.